KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

PHILIP J. KEARNEY (CSBN 114978)
ANDREW M. SCOBLE (CSBN 124940)
Assistant United States Attorneys

    450 Golden Gate Ave.
    San Francisco, California 94102
    Telephone: (415) 436-7249

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> DENNIS CYRUS, Jr. <br>     a/k/a "Daddy-O," <br>     Defendant. | NO.: CR 05-0324-MMC <br><br> PETITION FOR WRIT, AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM <br><br> SAN FRANCISCO VENUE |

To the Honorable Maria-Elena James, United States Magistrate Judge for the United States District Court for the Northern District of California:

    The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Dennis Cyrus, Jr.

//

//

//

| | |
|---|---|
| 1 | The prisoner has been indicted in <u>United States v. Raymon D. Hill, et al.</u>, CR 05-0324- |
| 2 | MMC, and is required to appear before the Court for an initial appearance. His place of |
| 3 | custody and jailor are set forth in the following proposed writ. |

DATED: 6/23/05

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

ANDREW M. SCOBLE
PHILIP J. KEARNEY
Assistant United States Attorneys

IT IS SO ORDERED.

DATED: 6/23/05

HON. MARIA-ELENA JAMES
United States Magistrate Judge

| | |
|---|---|
| 1 | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2 | To: Fred Rocha, United States Marshal for the Northern District of California; any of his |
| 3 | authorized deputies, and agents of the Federal Bureau of Investigation; and to the Sheriff |
| 4 | of the City and County of San Francisco, Jailor at San Francisco County Jail #2, 850 |
| 5 | Bryant Street, San Francisco, CA: |
| 6 | **GREETINGS** |
| 7 | The prisoner DENNIS CYRUS, JR. (dob 6/11/1984) is now in custody in the |
| 8 | above-referenced institution. He is charged by indictment in <u>United States v. Raymon D.</u> |
| 9 | <u>Hill, et al.</u>, CR 05-0324-MMC. He is required to appear for prosecution in the federal |
| 10 | criminal case now pending against him in the United States District Court for the |
| 11 | Northern District of California, for an initial appearance on **June 29, 2005 at 9:30 a.m.** in |
| 12 | the courtroom of United States Magistrate Judge Maria-Elena James, 450 Golden Gate |
| 13 | Avenue, 15th Floor, San Francisco, California. |
| 14 | YOU ARE COMMANDED to produce the prisoner in this Court FORTHWITH or |
| 15 | release him into the custody of the United States Marshal, his deputies, or agents of the |
| 16 | Federal Bureau of Investigation who will bring him before Magistrate Judge Maria-Elena |
| 17 | James. |
| 18 | YOU ARE FURTHER COMMANDED that if the prisoner is to be released from |
| 19 | custody in the above-referenced institution, he be IMMEDIATELY delivered to the |
| 20 | United States Marshal, his deputies authorized under this writ, or agents of the Federal |
| 21 | Bureau of Investigation. |
| 22 | WITNESS the Honorable Maria-Elena James, United States Magistrate Judge of |
| 23 | the United States District Court for the Northern District of California. 450 Golden Gate |
| 24 | Avenue, San Francisco, California 94102. Accordingly, |
| 25 | WE COMMAND that you produce the prisoner. |
| 26 | WE FURTHER COMMAND that if the prisoner is to be released from custody in |

the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Maria-Elena James, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED:

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_[signature]_

DEPUTY CLERK