IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAYMON D. HILL *et al.*,

    Defendants.

Case No. CR-05-00324 MMC

**ORDER APPOINTING COUNSEL FOR DEATH ELIGIBLE DEFENDANT DENNIS CYRUS**

<u>**DEATH PENALTY CASE**</u>

---

GOOD CAUSE APPEARING, it is Ordered that James S. Thomson, 819 Delaware Street, Berkeley, California, 94710 and John T. Philipsborn, 507 Polk Street, Suite 250, San Francisco, CA, 94102, are appointed as Co-Counsel for Dennis Cyrus, Jr. in the above entitled case.

IT IS SO ORDERED.

Dated: AUG 19 2005

MAXINE M. CHESNEY
United States District Court Judge