RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Fascimile: (510) 272-0711

Attorney for Defendant
RAYMON D. HILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 05-00324-MMC |
| Plaintiff, | |
| vs. | **ORDER PERMITTING DEFENDANT TO USE CASSETTE PLAYER AT SANTA RITA JAIL TO LISTEN TO DISCOVERY** |
| DENNIS CYRUS, JR., et al., | |
| Defendants. | |

GOOD CAUSE SHOWN, since discovery is on tape cassettes and CDs,

IT IS HEREBY ORDERED that defendant **DENNIS CYRUS, JR. [ULD 241]** be permitted to use a cassette player/and MP3 at the Santa Rita Detention Facility in order to listen to the discovery.

SO ORDERED: October 12, 2005

MAXINE M. CHESNEY
United States District Court Judge

E-Filing