ORIGINAL

RECEIVED
05 OCT 13 PM 2:52

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RAYMOND HILL *et al.*,

      Defendants.

Case No. CR-05-00324 MMC

[~~PROPOSED~~] EX PARTE ORDER REGARDING ACCESS TO TELEPHONE

GOOD CAUSE APPEARING, it is hereby Ordered that Dennis Cyrus Jr. be permitted to make telephone calls to his attorneys James Thomson 510-525-9123 and John Philipsborn 415-771-3801 and to his investigator Tom Quinn 559-221-7642 while he is incarcerated at Santa Rita Jail.

IT IS SO ORDERED.

Dated: OCT 1 4 2005

MAXINE M. CHESNEY
United States District Court Judge