IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAYMOND HILL et al.,

    Defendants.

Case No. CR-05-00324 MMC

[PROPOSED] EX PARTE ORDER REGARDING ACCESS TO TELEPHONE

---

GOOD CAUSE APPEARING, it is hereby Ordered that Dennis Cyrus Jr. be permitted to make telephone calls between 9 a.m. and 6 p.m. to his attorneys James Thomson 510-525-9123 and John Philipsborn 415-771-3534 and to his investigator Tom Quinn 559-221-7642 while he is incarcerated at Santa Rita Jail.

IT IS SO ORDERED.

Dated: NOV 2 1 2005

MAXINE C. CHESNEY
United States District Court Judge