

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAYMOND HILL *et al.*,

    Defendants.

Case No. CR-05-00324 MMC

[~~PROPOSED~~] **ORDER REGARDING CONTINUOUS ACCESS TO DISCOVERY MATERIALS**

---

GOOD CAUSE APPEARING, it is hereby Ordered that Dennis Cyrus Jr., PFN ULD 241, be permitted to have a set of the discovery materials produced in this case in his cell at the Santa Rita Jail.

IT IS SO ORDERED.

Dated: NOV 3 0 2005

MAXINE M. CHESNEY
United States District Court Judge