KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

PHILIP J. KEARNEY (CSBN 114978)
EDWARD TORPOCO (CSBN 200653)
JAMES KELLER (NYBN 2893881)
Assistant United States Attorney (CSBN 124940)

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6758

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 05-00324 MMC |
|     Plaintiff, | STIPULATION AND ORDER CONTINUING DATES FOR SUBMISSION OF UNILATERAL FORMS OF ORDER |
|     v. | |
| RAYMON HILL, et.al. | |
|     Defendants. | San Francisco Venue |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel that:

1. On January 18, 2006, a hearing was held on defendant Dennis Cyrus, Jr.'s motion for pre-trial discovery. At the conclusion of the hearing, the Court ordered the government and the defense to memorialize statements made by the Court during the hearing in a proposed form of order re discovery, to be filed by February 1, 2006.

2. On January 31, 2006, the government submitted for review a unilateral form of order re discovery to counsel for Dennis Cyrus, Jr. On February 1, 2006, James Thompson, lead counsel for defendant Cyrus, requested a continuance of the date for filing the proposed form of order until February 6, 2006. This request was based on a desire to confer with co-counsel regarding the specifics of the government's proposal. The government does not object to this short continuance.

2. Accordingly, the filing date for the proposed form of order that is currently scheduled for February 1, 2006, should be continued to **February 6, 2006.**

DATED: 2/1/06          KEVIN V. RYAN
                       United States Attorney

                       _____/S/_____
                       PHILIP J. KEARNEY
                       Assistant United States Attorney

DATED: 2/1/06          _____/S/_____
                       JAMES THOMPSON
                       Counsel for defendant Dennis Cyrus, Jr.

## ORDER

Based upon the above Stipulation, and for good cause appearing, THE COURT HEREBY ORDERS THAT:

1. The filing date for the proposed form of order re discovery is continued to **February 6, 2006.**

SO ORDERED.

DATED: February 2, 2006

                       HON. MAXINE CHESNEY
                       United States District Judge