UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAYMOND D. HILL, *et al.*,<br><br>    Defendants. | No.: CR 05-00324 MMC<br><br>[PROPOSED] ORDER REGARDING PRESERVATION OF INTERVIEW NOTES AND PHYSICAL EVIDENCE |

    Pursuant to the record made at the parties' appearances on August 2, 2006 and September 6, 2006 relating to the joint defense motion regarding evidence, IT IS HEREBY ORDERED that the federal investigative agencies involved in the above-captioned matter – including but not limited to the FBI, the Bureau of ATF, the DEA, the U.S. Marshal's Service, and the Bureau of Prisons – shall refrain from destroying any notes of interviews with witnesses or defendants and shall preserve all physical and documentary evidence related to this case.

    IT IS FURTHER ORDERED that the United States Attorney's Office inform the state investigative agencies, including their crime laboratories, working on this case that the Court asked that they preserve all physical and documentary evidence and all notes of interviews with witnesses or defendants in this case.

    IT IS FURTHER ORDERED that, should any such notes be lost or destroyed, the United States will promptly notify the Court and the defendants as soon as it is aware of the situation for

[PROPOSED] ORDER RE: EVIDENCE
CR 05-00324 MMC

the Court to determine, after input from the government and defense, what remedy, if any, is warranted.  The parties will be permitted to seek further orders relating to preservation.

IT IS SO ORDERED.

Dated: September _8_, 2006

_____
HON. MAXIME M. CHESNEY
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: EVIDENCE
CR 05-00324 MMC                                 2