IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RAYMON D. HILL, et al.,<br><br>    Defendants<br>_____/ | No. CR 05-0324 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE GOVERNMENT'S MOTION FOR LEAVE TO EXTEND NOTIFICATION DEADLINE PURSUANT TO 18 U.S.C. § 3593(a)** |

      The Court is in receipt of the Government's motion, filed October 30, 2006, for an extension of the November 1, 2006 deadline to provide notice as required under 18 U.S.C. § 3593(a).

      As all parties are aware, the scheduling of the trial and numerous pretrial matters in this multi-defendant case is dependent upon the Government's filing of the requisite notice with respect to defendants Cyrus and Peterson. Nowhere in said motion, however, does the Government set forth any explanation for the Attorney General's eleventh-hour timing of its notification regarding the need for an extension.

      Accordingly, the motion is DENIED without prejudice.

      **IT IS SO ORDERED.**

Dated: October 31, 2006

                                              MAXINE M. CHESNEY<br>                                              United States District Judge