IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0324 MMC |
| Plaintiff, | **ORDER DENYING AS MOOT GOVERNMENT'S RENEWED MOTION TO EXTEND NOTIFICATION DEADLINE PURSUANT TO 18 U.S.C. § 3593(a)** |
| v. | |
| RAYMON D. HILL, et al., | |
| Defendants / | |

The Court is in receipt of the Government's renewed motion, electronically filed at 2:07 p.m. on November 1, 2006, for an extension of the November 1, 2006 deadline to provide notice as required under 18 U.S.C. § 3593(a).

Because the Government thereafter electronically filed, at 4:58 p.m. on November 1, 2006, its "Notice of Intent to Seek the Death Penalty as to Defendants Dennis Cyrus, Jr., and Aquil H. Peterson," the Government's renewed motion is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: November 2, 2006

MAXINE M. CHESNEY
United States District Judge