IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0324 MMC |
| Plaintiff, | **NOTICE RE: SEALED PORTION OF AFFIDAVIT IN SUPPORT OF SEARCH WARRANT** |
| v. | |
| RAYMON D. HILL, et al., | |
| Defendants. | |

Before the Court is defendant Aquil Peterson's Motion for Discovery Regarding Informant(s), filed July 14, 2006.

The Court hereby notifies the parties that it has reviewed *in camera* the sealed portion of the affidavit submitted in support of the search warrant issued by the Honorable Newton Lam on August 24, 2002 for the premises located at 1858 Sunnydale Avenue, San Francisco, and finds disclosure of such sealed material, or any portion thereof, would tend to reveal the identity of the confidential informant.

This notice is not intended as a ruling on any motion currently before the Court or to be made in the future.

Dated: November 17, 2006

MAXINE M. CHESNEY
United States District Judge