IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0324 MMC |
| Plaintiff, | **ORDER RE: PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO RESPOND TO ONE OF DEFENDANTS' NINE MOTIONS** |
| v. | |
| RAYMON D. HILL, et al., | |
| Defendants / | |

Before the Court is the Government's Motion for Additional Time to Respond to One of the Defendants' Nine Motions, filed December 5, 2006, by which the Government seeks to extend from December 6, 2006 to December 15, 2006 the deadline for filing opposition to defendant Dennis Cyrus, Jr.'s Motion to Dismiss or in the Alternative Motion for Sanctions in View of Destruction/Loss of Critical Evidence.

Any defendant who wishes to oppose said motion shall file such opposition no later than Friday, December 8, 2006 at 10:00 a.m.

Pending the Court's ruling, the deadline for filing the Government's opposition to defendant Cyrus's above-referenced motion is extended to December 8, 2006 at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: December 6, 2006

MAXINE M. CHESNEY
United States District Judge