IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>RAYMON HILL, et al.,<br><br>　　Defendants. | **Case No. CR-05-00324-MMC**<br><br>~~[PROPOSED]~~ **ORDER SHORTENING TIME FOR INITIAL HEARING ON MOTION FOR RULE 15 DEPOSITION** |

GOOD CAUSE APPEARING, based on the representation of Mr. Cyrus's counsel that Patricia Harris Cyrus, the defendant's mother, is ill and hospitalized, the defense's motion for deposition of Ms. Harris shall receive initial hearing on December 13, 2006, without prejudice to the Government's request for further time to brief any issues presented.

　　Dated: _December 11_, 2006

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE