IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMON D. HILL, et al.,<br><br>Defendants / | No. CR 05-0324 MMC<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S RENEWED MOTION FOR DEPOSITION OF WITNESS** |

Before the Court is defendant Dennis Cyrus, Jr.'s "Renewed Motion for Deposition of Necessary Witness [Patricia Harris] Under FRCP 15," filed April 6, 2007.

Because defendant has not noticed the motion for hearing, the Court hereby sets the following briefing schedule:

1. No later than April 27, 2007, plaintiff shall file its response, if any, to said motion.
2. No later than May 4, 2007, defendant shall file his reply, if any.
3. The hearing, if necessary, will be on May 16, 2007.

**IT IS SO ORDERED.**

Dated: April 13, 2007

MAXINE M. CHESNEY
United States District Judge