UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00324 MMC |
| Plaintiff, | **ORDER EXCLUDING TIME** |
| v. | |
| RAYMON D. HILL, *et al.*, | |
| Defendants | |

Upon consideration of the Government's Motion to Exclude Time Under the Speedy Trial Act, and the opposition thereto,

THE COURT HEREBY FINDS, in light of the pendency of pretrial motions, the complexity of the case, and the need by counsel to effectively prepare the case for trial, that the ends of justice served by such exclusion outweigh the best interests of the public and the defendants in a speedy trial.

ACCORDINGLY, the time from March 14, 2007 up to and including May 16, 2007 shall, pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A), be excluded in computing the time within which the trial must commence under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: May 16, 2007

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE