IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-05-00324-MMC |
| Plaintiff, | [PROPOSED] ORDER PERMITTING THE DENNIS CYRUS, JR. DEFENSE TO FILE ONE OVERSIZE BRIEF RE CONSTITUTIONAL VALIDITY OF THE FEDERAL DEATH PENALTY ACT |
| vs. | |
| RAYMON HILL, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, on application by the Cyrus defense, IT IS ORDERED that counsel may file a brief that is a total of ~~42~~ 34 pages in length bearing on the constitutional validity of the Federal Death Penalty Act.

Dated: May 16, 2007

_____
THE HONORABLE MAXINE M. CHESNEY
DISTRICT JUDGE

1