IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **Case No. CR-05-00324-MMC** |
|---|---|---|
| Plaintiff, | ) | **[PROPOSED] ORDER GRANTING DENNIS CYRUS, JR. ONE ADDITIONAL WEEK TO FILE HIS REPLIES TO OPPOSITIONS TO HIS DEATH PENALTY MOTIONS** |
| vs. | ) | |
| RAYMON HILL, et al., | ) | |
| Defendants. | ) | **Dept: Hon. Maxine M. Chesney, District Judge** |

GOOD CAUSE APPEARING, on application of counsel for Dennis Cyrus, Jr., IT IS ORDERED that the filing date for any replies to the Government's Oppositions to Dennis Cyrus, Jr.'s death penalty-related motions shall be filed no later than July 10, 2007. This Order grants Mr. Cyrus one additional week in which to file his replies.

Dated: June 25, 2007

_____
THE HON. MAXINE M. CHESNEY
DISTRICT JUDGE

1