IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>RAYMON HILL, et al.,<br><br>　　Defendants. | **Case No. CR-05-00324-MMC**<br><br>[PROPOSED] **ORDER SEALING SUPPLEMENTAL DECLARATION OF COUNSEL (JOHN T. PHILIPSBORN) IN SUPPORT OF MOTION TO SEVER MR. CYRUS FROM ALL NON-DEATH ELIGIBLE CO-DEFENDANTS [FRCP, RULES 8 AND 14]**<br><br>**Dept: Hon. Maxine M. Chesney, District Judge** |

GOOD CAUSE APPEARING, based on the contents of the motion to seal the 'Supplemental Declaration of Counsel (John T. Philipsborn) in Support of Motion to Sever Mr. Cyrus From All Non-Death Eligible Co-Defendants [FRCP, Rules 8 and 14]', and based on the contents of the Declaration supporting that motion to seal, IT IS ORDERED that the 'Supplemental Declaration of Counsel' just referred to shall be maintained in this Court's file under seal until further order of the Court.

DATED: September 4, 2007

_____
THE HONORABLE MAXINE M. CHESNEY
DISTRICT JUDGE

1