IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>RAYMON HILL, et al.,<br><br>　　　Defendants. | **Case No. CR-05-00324-MMC**<br><br>[~~PROPOSED~~] **ORDER PERMITTING THE DENNIS CYRUS, JR. DEFENSE TO FILE ONE OVERSIZE BRIEF RE MOTION TO SEVER MR. CYRUS FROM ALL NON-DEATH ELIGIBLE CO-DEFENDANTS [FRCP RULES 8 AND 14]** |

GOOD CAUSE APPEARING, on application by the Cyrus defense, IT IS ORDERED that counsel may file a brief that is 32 pages in length in support of the Motion to Sever Mr. Cyrus from all Non-Death Eligible Co-Defendants [FRCP Rules 8 and 14].

DATED: September 4, 2007

_____
THE HONORABLE MAXINE M. CHESNEY
DISTRICT JUDGE

1