IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>RAYMON D. HILL, et al.,<br><br>    Defendants | No. CR 05-0324 MMC<br><br>**ORDER GRANTING UNITED STATES' MOTION FOR TEMPORARY RELIEF FROM DISCOVERY ORDER DATED FEBRUARY 26, 2006** |

Before the Court is the "United States' Motion for Hearing Date Re: Discovery Prior to October 30, 2007, or for Temporary Relief from Discovery Order Dated February 26, 2006," filed October 22, 2007. Defendant Raymon D. Hill has filed opposition thereto.[1] Having reviewed the parties' submissions in support of and in opposition to the motion, the Court rules as follows.

The Court finds good cause exists for an extension of time with respect to the United States' obligation, pursuant to the February 27, 2006 Discovery Order, to disclose previously redacted witness names and identifying information. At the November 7, 2007 calling of the case, the Court will address the issue of when such disclosure must be made.

**IT IS SO ORDERED.**

Dated: October 26, 2007

                                                    MAXINE M. CHESNEY
                                                  United States District Judge

---

[1] The Court delayed ruling on the instant motion to provide defendants an opportunity to file a response. See Civil L.R. 6-3(c) (providing opposition to motion to enlarge time shall be filed no later than 3 days after service of motion); Crim. L.R. 2-1 (providing Civil Local Rules apply to criminal actions, except where inconsistent with provision of law specifically applicable to criminal actions).