IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Case No. CR-05-00324-MMC** |
| Plaintiff, | ) ) | **[PROPOSED] ORDER SEALING DECLARATION OF ATTORNEY JAMES S THOMSON IN SUPPORT OF DENNIS CYRUS JR.'S MOTION FOR CONTINUANCE OF TRIAL DATE** |
| v. | ) ) | |
| RAYMOND HILL, et al., | ) ) | |
| Defendants. | ) ) ) | |

GOOD CAUSE APPEARING, based on the contents of the motion to seal the Declaration of attorney James S. Thomson in Support of Dennis Cyrus Jr.'s Motion for Continuance of Trial Date, and based on the contents of the Declaration supporting that motion to seal, IT IS ORDERED that the Declaration in Support just referred to shall be maintained in this Court's file under seal until further order of the Court.

IT IS SO ORDERED.

Dated: November 8, 2007

_____
THE HONORABLE MAXINE M. CHESNEY
DISTRICT JUDGE