Randy Sue Pollock
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, California 94609
Telephone: (510)763-9964
Fax: (510)272-0711

Attorney for Defendant
**RAYMON D. HILL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAYMON D. HILL,<br>    a/k/a "Money Ray", et al,<br><br>    Defendants | No. CR 05-00324 MMC<br><br>**ORDER FOR DEFENDANTS TO MEET JOINTLY WITH DEFENSE COUNSEL** |

GOOD CAUSE SHOWN, based on the request of defense counsel, IT IS HEREBY ORDERED that the following defendants in the above-referenced case, RAYMON HILL, STEVE WILSON, MISTER MEILLEUR, and AQUIL H. PETERSON, be brought to the Security Courtroom at the United States Courthouse, 450 Golden Gate Avenue, 17th Floor, on Monday, December 10, 2007, at 9:30 a.m., for purposes of a joint meeting with their defense counsel.

Date: December 4, 2007

_____
MAXINE M. CHESNEY
U.S. District Court Judge