IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0324 MMC |
| Plaintiff, | **ORDER RE: CONFIDENTIAL INFORMANT** |
| v. | |
| RAYMON D. HILL, et al., | |
| Defendants. / | |

The Court having completed its consideration of all issues concerning the confidential informant referenced in the affidavit submitted in support of the search warrant issued August 24, 2002 with respect to 1858 Sunnydale Avenue, San Francisco, hereby finds neither the disclosure of the informant's identity nor the contents of the informant's communication is in any manner helpful to the defense or otherwise essential to a fair determination of the cause. See Roviaro v. United States, 353 U.S. 53, 60-61 (1957).

Accordingly, no further disclosure with respect to the confidential informant is required.

**IT IS SO ORDERED.**

Dated: January 16, 2008

MAXINE M. CHESNEY
United States District Judge