1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0324 MMC |
| Plaintiff, | **ORDER SETTING HEARING ON UNITED STATES' MOTION TO REJOIN TRIAL OF DEFENDANTS** |
| v. | |
| RAYMON D. HILL, et al., | |
| Defendants | |

The Court hereby SETS a hearing on the United States' Motion to Rejoin Trial of Defendants for Tuesday, February 5, 2008, at 3:00 p.m.

Counsel for the United States and for defendants Raymon D. Hill and Dennis Cyrus, Jr., are ordered to be present at that time.

**IT IS SO ORDERED.**

Dated: February 4, 2008

MAXINE M. CHESNEY
United States District Judge