IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0324 MMC |
| Plaintiff, | **ORDER RE: EX PARTE DECLARATION OF COUNSEL FOR DENNIS CYRUS, JR.** |
| v. | |
| RAYMON D. HILL, et al., | |
| Defendants. / | |

Before the Court is a declaration submitted April 4, 2008 by counsel for defendant Dennis Cyrus, Jr., along with a motion to permit its filing under seal. Because such declaration constitutes a "CJA document" under General Order No. 50, it is appropriately filed pursuant to such General Order, specifically, in the confidential CJA files maintained by the Clerk's Office.

Accordingly, the above-referenced declaration shall be filed in said confidential CJA files.

**IT IS SO ORDERED.**

Dated: April 8, 2008

MAXINE M. CHESNEY
United States District Judge