IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0324 MMC |
| Plaintiff, | **ORDER ADVANCING STATUS CONFERENCE** |
| v. | |
| DENNIS CYRUS, JR., | |
| Defendant / | |

Before the Court is defendant Dennis Cyrus, Jr.'s "Motion for Setting of Hearing on Trial Date and Case Management Issues," filed April 23, 2008. The United States has filed a Response, in which it also requests the Court schedule a status conference.

In light of the concerns raised by both parties, the Status Conference presently scheduled for June 25, 2008 is hereby ADVANCED to May 14, 2008, at 2:30 p.m.

The Court will consider the Motion and Response as the parties' respective Status Conference Statements. If either party wishes to file any additional Status Conference Statement, such party shall do so no later than May 9, 2008.

**IT IS SO ORDERED.**

Dated: April 30, 2008

MAXINE M. CHESNEY
United States District Judge