```
 1  JAMES S. THOMSON - State Bar No. 79658
    Attorney and Counselor at Law
 2  819 Delaware Street
    Berkeley, California  94710
 3  Telephone: (510)  525-9123

 4  JOHN T. PHILIPSBORN, ESQ. - State Bar No. 83944
    Law Offices of JOHN T. PHILIPSBORN
 5  507 Polk Street, Suite 350
    San Francisco, CA 94102
 6  Telephone: (415) 771-3801

 7  Attorneys for Petitioner
    DENNIS CYRUS, JR.
 8
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00324 MMC |
| Plaintiff, ) | **MOTION TO PERMIT FILING OF *EX PARTE* DECLARATION OF LEAD COUNSEL REGARDING CJA MATTERS**; ORDER THEREON |
| v. ) | |
| RAYMON D. HILL et al., ) | **DEATH PENALTY CASE** |
| Defendants. ) | **Date: May 14, 2008**<br>**Time: 2:30 PM**<br>**Dept: Hon. Maxine M. Chesney, District Judge** |

TO: THIS HONORABLE COURT; TO WILL FRENTZEN AND ROBERT REES, ASSISTANT UNITED STATES ATTORNEYS (AS PROVIDED UNDER LOCAL RULE 47-3(a)):

    DENNIS CYRUS, JR., through counsel, moves this Court pursuant to the procedures set forth in Local Criminal Rule 47-3, for an order permitting the filing of a Declaration of Lead Counsel Regarding CJA Matters, to be filed by the Court, and considered *in camera*.

    The Declaration at issue contains privileged information protected by statute, and by the attorney-work product privilege generally.

| | | |
|---|---|---|
| 1 | DATED: May 14, 2008 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ JAMES S. THOMSON |
| 4 | | JAMES THOMSON<br>Attorney for Defendant |

IT IS SO ORDERED. The Clerk is directed to file under seal the Ex Parte Declaration Regarding Billing Status.

Dated: May 15, 2008

_____
United States District Judge