IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0324 MMC |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION FOR FILING UNDER SEAL EX PARTE MOTION FOR EYE EXAMINATION** |
| v. | |
| DENNIS CYRUS, JR., | |
| Defendant / | |

Before the Court is defendant Dennis Cyrus, Jr.'s "Motion for Filing of *Ex Parte* Motion for Eye Examination and Prescription Glasses and Declaration of John T. Philipsborn in Support of *Ex Parte* Motion for Eye Examination and Prescription Glasses Under Seal," filed June 16, 2008.

Good cause appearing, the motion is hereby GRANTED, and the Clerk is DIRECTED to file under seal both the "*Ex Parte* Motion for Eye Examination and Prescription Glasses" and the "Declaration of John T. Philipsborn in Support of *Ex Parte* Motion for Eye Examination and Prescription Glasses."

**IT IS SO ORDERED.**

Dated: June 20, 2008

MAXINE M. CHESNEY
United States District Judge