IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAYMON HILL, et al.,<br><br>    Defendants. | **Case No. CR-05-00324-MMC**<br><br>[PROPOSED] **ORDER RESETTING HEARING TO AUGUST 22 29, 2008 AT 1:30 P.M.**<br><br>**Dept: The Honorable Maxine M. Chesney, District Judge** |

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS ORDERED that the hearing scheduled on August 28, 2008 is rescheduled to be held on August 22 29, 2008 at 1:30 p.m. All other dates and schedules set by this Court on June 25, 2008 shall remain unchanged.

Dated: July 11, 2008

                                        _____
                                        THE HONORABLE MAXINE M. CHESNEY
                                        District Judge

1