IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DENNIS CYRUS, JR.,<br><br>  Defendant / | No. CR 05-0324 MMC<br><br>**ORDER CONTINUING HEARING FROM AUGUST 29, 2008 TO SEPTEMBER 2, 2008** |

In light of the inability of counsel for defendant Dennis Cyrus, Jr. to attend the hearing scheduled for August 29, 2008, (see Notice of Unavailability, filed July 11, 2008), the hearing is CONTINUED to Tuesday, September 2, 2008, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: July 15, 2008

_____
MAXINE M. CHESNEY
United States District Judge