IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAYMON HILL, et al.,<br><br>    Defendants. | **Case No. CR-05-00324-MMC**<br><br>[PROPOSED] **ORDER ALLOWING FILING OF OVERSIZED BRIEF ON DEFENSE TRIAL MOTION NO. 2 [MOTION TO PRECLUDE PUNISHMENT-RELATED QUESTIONS, ETC.]**<br><br>**Dept: Hon. Maxine M. Chesney, District Judge** |

GOOD CAUSE APPEARING, based on the application of the Cyrus defense, the Court will permit the defense to file Trial Motion No. 2, and the supporting brief, as a unitary pleading consisting of 28 pages of the combination of a motion and supporting argument.

Dated: August 25, 2008

_____
THE HONORABLE MAXINE M. CHESNEY
DISTRICT JUDGE

1