IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0324 MMC |
| Plaintiff, | **ORDER DIRECTING COUNSEL TO MEET AND CONFER** |
| v. | |
| DENNIS CYRUS, JR., | |
| Defendant / | |

    Counsel for defendant Dennis Cyrus and the Government's Taint Team are hereby directed to meet and confer, no later than September 23, 2008, for purposes of selecting a proposed date for a hearing on the issues presented by defendant in camera on September 2, 2008, and to submit, no later than September 24, 2008, a proposed order setting such hearing.

    **IT IS SO ORDERED.**

Dated: September 17, 2008

MAXINE M. CHESNEY
United States District Judge