IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DENNIS CYRUS, JR.,<br><br>    Defendant / | No. CR 05-0324 MMC<br><br>**ORDER DENYING REQUEST FOR EX PARTE HEARING ON CJA MATTERS** |

    The Court is in receipt of defendant's Request for Ex Parte Hearing on CJA Matters, filed September 15, 2008.

    Based on the Court's review of the material submitted in connection with the matters, the Court finds the various issues pertaining thereto are appropriate for determination without a hearing.

    Accordingly, the request is hereby DENIED.

    **IT IS SO ORDERED.**

Dated: September 18, 2008

                                       MAXINE M. CHESNEY
                                       United States District Judge