JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3709
    Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-00324 MMC |
| Plaintiff, | ~~[PROPOSED]~~ ORDER SETTING HEARING |
| v. | |
| DENNIS CYRUS, JR., | |
| Defendant. | |

**ORDER**

On September 2, 2008, the Court held an <u>ex parte</u> hearing at which the defendant presented certain issues related to the mental examination of the defendant pursuant to Rule 12.2 of the Federal Rules of Criminal Procedure. On September 17, 2008, the Court issued an order regarding "taint team" appointment and procedures. To discuss the issues presented by the defendant at the hearing on September 2, 2008 with members of the "taint team" for the Government,

//

[PROPOSED] ORDER
[05-00324 MMC]

1  **IT IS HEREBY ORDERED** that a hearing in this matter between defense counsel and
2  the Government's "taint team" is set for October 8, 2008, at 9:30 a.m.
3
4  DATED: September 23, 2008                         _____
5                                                    HON. MAXINE M. CHESNEY
                                                     United States District Judge
6                                                    Northern District of California