IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0324 MMC |
| Plaintiff, | **ORDER RE: PROPOSED JURY QUESTIONNAIRES; DIRECTIONS TO PARTIES** |
| v. | |
| DENNIS CYRUS, JR., | |
| Defendant / | |

The Court is in receipt of defendant Dennis Cyrus, Jr.'s proposed jury questionnaire, and is in receipt of eleven proposed "death-qualification questions" submitted by the Government.

In order to assist the Court's preparation for the October 3, 2008 hearing, the Court hereby DIRECTS the parties to supplement their respective filings, as follows:

1. No later than 4:00 p.m., Monday, September 29, 2008, the Government shall file a complete proposed jury questionnaire in the form the Government is requesting.

2. No later than noon, Wednesday, October 1, 2008, defendant shall file (a) a list of the questions on defendant's proposed jury questionnaire, identified by Question Number, that defendant believes are not covered in the Government's proposed jury questionnaire, and (b) a list of each question on defendant's proposed jury questionnaire, again identified by Question Number, that constitutes a revision of a question, also identified by Question Number, contained in the Government's proposed jury questionnaire.

**IT IS SO ORDERED.**

Dated: September 26, 2008

MAXINE M. CHESNEY
United States District Judge