JAMES S. THOMSON, ESQ. - SBN 79658
Law Offices of JAMES S. THOMSON
819 Delaware Street
Berkeley, CA 94710
(510) 525-9123
james@ycbtal.net

JOHN T. PHILIPSBORN, ESQ. - SBN 83944
Law Offices of JOHN T. PHILIPSBORN
507 Polk Street, Suite 350
San Francisco, CA 94102
(415) 771-3801
jphilipsbo@aol.com

Attorneys for Defendant DENNIS CYRUS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>RAYMON HILL, et al.,<br><br>　　Defendants. | Case No. CR-05-00324-MMC<br><br>**REQUEST FOR EXTENSION OF TIME TO COMPLY WITH ORDER RE QUESTIONNAIRE (Doc 964) NOTICE OF UNAVAILABILITY OF CYRUS DEFENSE COUNSEL UNTIL OCTOBER 2, 2008**; ORDER THEREON<br><br>**Dept: Hon. Maxine M. Chesney, District Judge** |

TO: THIS HONORABLE COURT:

　　This Court issued an order dated September 26, 2008, spelling out a procedure by which the parties are to tender further proposals and objections related to a jury questionnaire in this case. (Doc. 964). The undersigned counsel for Dennis Cyrus, Jr., Philipsborn, is currently in Jonesboro, Arkansas conducting proceedings in Baldwin v. State, Craighead County No. 93-450B, a post conviction matter involving a 1994 triple murder conviction. The undersigned Philipsborn has been counsel for Petitioner Jason Baldwin since 2001. The hearings at issue were anticipated by the local court to last through at least the middle of the week of September 29, 2008–and the Judge in the case (the Honorable David Burnett) indicated that he had rescheduled matters in the hope that

1  the undersigned could stay in Arkansas longer, at least through October 2 or 3, 2008.
2      The undersigned has informed the Arkansas Circuit Court that he is under an
3  obligation to be before this Court at the end of next week. But it is clear that the
4  undersigned will be conducting hearings and/or will be in transit through late in the day of
5  Wednesday October 1, 2008.
6      The Cyrus defense asks that the Court extend the deadline for submission of
7  objections to the Government's proposed questionnaire until 4 P.M. on Thursday, October
8  2, 2008, which will at least allow the Cyrus defense to have conferred, reviewed pertinent
9  law if necessary, and have a pleading prepared.
10     Government Counsel were told that the undersigned would be in Arkansas. The
11 undersigned Philipsborn apologizes for causing inconvenience to the Court and counsel.
12 While the proposal set forth above does limit the Court's opportunity to review the
13 exchanges between the parties, it at least allows some opportunity for input from the Cyrus
14 defense into an extremely important part of the case, namely the methods of jury selection
15 that will be employed by the Court.
16 Dated: September 26, 2008

                                        Respectfully submitted,

                                        JAMES S. THOMSON
                                        JOHN T. PHILIPSBORN

                                        By  /s/ John T. Philipsborn
                                            Attorneys for Defendant
                                            DENNIS CYRUS, JR.

Dated: September 29, 2008



IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA