| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | WILLIAM FRENTZEN (LABN 24421)<br>ROBERT DAVID REES (CSBN 229441) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue<br>San Francisco, CA 94103 |
| 7 | Telephone: (415) 436-6959/7210<br>Fax: (415) 436-7234 |
| 8 | E-mail: William.Frentzen@usdoj.gov<br>Robert.Rees@usdoj.gov |
| 9 | |
| 10 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05 00324 MMC |
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER REQUESTING** |
| v. | ) ) | **MODIFICATION OF BRIEFING SCHEDULE AS TO MOTIONS IN** |
| RAYMON D. HILL, *et al.*, | ) ) ) | **LIMINE FILED BY DEFENDANT CYRUS**; ORDER THEREON |
| Defendants. | ) ) ) | Hearing: November 13, 2008<br>Time: 9:00 am<br>Court: Honorable Maxine M. Chesney |

Between August 22, 2008 and September 1, 2008, defendant Cyrus filed forty-six (46) motions in limine to be heard at a hearing on November 13, 2008: Oppositions by the United States are currently due on October 1, 2008.

Due to the large number of motions, plaintiff and defendant hereby respectfully file this stipulation and unopposed request for leave to extend the time for the United States to respond to the motions in limine by three court days, and thus to modify the briefing schedule as follows: the government will file its oppositions to defendant Cyrus's motions in limine on October 6, 2008. Defendant Cyrus's replies would then be

Unopposed Motion and Proposed Order for Leave to Modify Briefing, CR 05 0324 MMC

1  due on October 22, 2008.  The motion hearing would remain on November 13, 2008.

    IT IS SO STIPULATED:

Date:  September 30, 2008                    JOSEPH P. RUSSONIELLO
                                             United States Attorney

                                    By:      _____/s_____
                                             WILLIAM FRENTZEN
                                             ROBERT DAVID REES
                                             Assistant United States Attorneys


Date:  September 30, 2008                    _____/s_____
                                             JAMES S. THOMSON, ESQ.
                                             JOHN T. PHILLIPSBORN, ESQ.
                                             Attorney for Defendant Donald Armour


    IT IS SO ORDERED.


DATED:  September 30, 2008                   _____
                                             HON. MAXINE M. CHESNEY
                                             United States District Judge