IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RAYMON HILL, et al.,<br><br>  Defendants. | **Case No. CR-05-00324-MMC**<br><br>[**PROPOSED**] **SUPPLEMENTAL ORDER RE 'TAINT TEAM' APPOINTMENT AND PROCEDURES**<br><br>**Dept: Hon. Maxine M. Chesney** |

GOOD CAUSE APPEARING, and in response to defendant's Motion for Reconsideration of the Court's Order Re 'Taint Team' Appointment and Mrocedures, the Court hereby adopts the five suggestions made by the defense, and incorporates them into its September 17, 2008 Order Re 'Taint Team' Appointment and Procedures (Doc. 953). These five provisions, as adopted by the Court, are:

(a) The taint team will coordinate with the defense regarding the protection of Mr. Cyrus' right of access to counsel during any governmental mental health examinations conducted under Federal Rule of Criminal Procedure 12.2(c);

(b) the taint team will be responsible for timely providing the defense the video/audio record of the governmental FRCP 12.2(c) examination within the time period ordered by the Court;

(c) the taint team will be responsible for timely informing the defense about the

nature and scope of the governmental examination, and for communicating with the defense about any objections to the procedures or methodologies that the Government's experts propose to use in conducting their examination (including any objection to specific tests or testing procedures suggested/requested by the Government and its experts);

(d) the taint team will be responsible for providing the defense timely notice of the identity, and background, of the Government's examiner(s);

(e) the taint team will be designated as the governmental litigation team on 'nature and scope' issues as these may be defined after the completion of the governmental examination in the course of the defense's viewing/hearing the record of any governmental examination.

SO ORDERED.

Dated: October 14, 2008

_____
JUDGE OF THE U.S. DISTRICT COURT