IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND HILL, et al.,<br><br>Defendants. | Case No. CR-05-00324-MMC<br><br>[PROPOSED] ORDER SEALING EX PARTE DECLARATION OF ATTORNEY JAMES S THOMSON IN SUPPORT OF MOTION TO RESET JURY SELECTION TO START IN JANUARY 2009 IN ORDER TO ENSURE A REPRESENTATIVE JURY; TO PREVENT JURY MANAGEMENT PROBLEMS; AND TO ALLOW EFFECTIVE REPRESENTATION |

GOOD CAUSE APPEARING, based on the contents of the motion to seal the Ex Parte Declaration of attorney James S. Thomson in Support of Motion to Reset Jury Selection to Start in January 2009 in Order to Ensure a Representative Jury; to Prevent Jury Management Problems; and to Allow Effective Representation, and based on the contents of the Declaration supporting that motion to seal, IT IS ORDERED that the Ex Parte Declaration in Support just referred to shall be maintained in this Court's file under seal until further order of the Court.

IT IS SO ORDERED.


Dated: October 15, 2008

_____
THE HONORABLE MAXINE M. CHESNEY
DISTRICT JUDGE

1