IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>DENNIS CYRUS, JR.,<br><br>        Defendant               / | No. CR 05-0324 MMC<br><br>**ORDER GRANTING UNITED STATES'<br>MOTION FOR AN ANONYMOUS JURY** |

      Before the Court is the United States' Motion for an Anonymous Jury, filed October 9, 2008. Defendant Dennis Cyrus, Jr. has filed opposition thereto. Having read and considered the papers filed in support of and in opposition to the motion, the Court rules as follows.

      The Court, having considered the factors set forth in United States v. Fernandez, 388 F. 3d 1199, 1244-45 (9th Cir. 2004), and for the reasons stated by the United States, finds it appropriate to empanel an anonymous jury. The Court finds the United States has made a sufficient showing as to each of the five factors identified in Fernandez, which considerations, in the instant case, substantially outweigh the considerations offered by defendant in opposition to the motion. Additionally, in an effort to address the defendant's concerns, the Court intends to provide the venire with a neutral explanation for the procedure.

      **IT IS SO ORDERED.**

Dated: October 30, 2008

                                                MAXINE M. CHESNEY<br>                                                United States District Judge