IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>DENNIS CYRUS, JR.,<br><br>        Defendant                     / | No. CR 05-0324 MMC<br><br>**ORDER DENYING DEFENDANT'S MOTION TO ENSURE ADEQUATE JUROR COMPENSATION (DEFENDANT'S TRIAL MOTION NO. 46)** |

       Before the Court is defendant Dennis Cyrus, Jr.'s "Motion to Ensure Adequate Juror Compensation," filed September 1, 2008. The United States has filed opposition. Defendant has not filed a reply. Having read and considered the papers filed in support of and in opposition to the motion, the Court finds, for the reasons stated by the United States, that defendant has failed to show that application of 28 U.S.C. § 1871(b) to the venire herein would deprive defendant of his constitutional rights under the Fifth, Sixth, and/or Eighth Amendments.

       Accordingly, the motion is hereby DENIED.

       **IT IS SO ORDERED.**

Dated: November 5, 2008

                                            _____<br>                                            MAXINE M. CHESNEY<br>                                            United States District Judge