IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS CYRUS, JR.,<br><br>Defendant | No. CR 05-0324 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR DISCLOSURE OF JURY INFORMATION PERTINENT TO PRESENT PANEL** |

Before the Court is defendant Dennis Cyrus, Jr.'s ("Cyrus") Motion for Disclosure of Jury Information Pertinent to Present Panel, filed November 12, 2008, by which Cyrus seeks information with respect to court procedures pertaining to jury selection.

At the Pretrial Conference conducted November 14, 2008, the Court granted Item 2 of said motion and the Jury Administrator provided the Cyrus defense the information requested therein. Additionally, the Court denied as moot Item 3 of said motion, the Jury Administrator having represented on the record that no such material exists.

Also, at the November 14, 2008 Pretrial Conference, the Court granted Items 1 and 4 and the Cyrus defense agreed that the information sought could be provided to the Court by the Jury Administrator, after which the Court would inform counsel. The Court now having received such information from the Jury Administrator, hereby advises counsel that: (a) of the 297 prospective jurors who were instructed to report to the courthouse for

purposes of completing the Juror Questionnaire, 28 failed to report as ordered, and (b) no additional written requests for hardship excusals have been received by the Jury Administrator from any prospective juror who reported as ordered to complete the Juror Questionnaire, nor is there any memorandum reflecting any such request.

**IT IS SO ORDERED.**

Dated: November 18, 2008

MAXINE M. CHESNEY
United States District Judge