IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0324 MMC |
| Plaintiff, | **ORDER RE: POTENTIAL JURORS' HARDSHIP EXCUSES** |
| v. | |
| DENNIS CYRUS, JR., | |
| Defendant / | |

Before the Court are the parties' "Jointly Submitted Objections and Requests for Court Follow-up Based on Juror 'Availability' Questionnaires" ("Joint Submission"), filed October 29, 2008. Having read and considered the parties' joint submission as well as the questionnaires completed by the prospective jurors, the Court rules as follows:

1. Each juror who requested excusal on grounds of hardship as to whom no party has stated an objection to excusal is hereby EXCUSED.

2. Each of the following jurors, to whom one or both parties have stated an objection to excusal, is hereby EXCUSED:[1]

//

---

[1] In addition to the following jurors, the Court hereby EXCUSES those jurors to whose excusal the sole objection was for the reasons set forth in defendant's Motion to Ensure Adequate Juror Compensation (Trial Motion No. 46). (See Joint Submission at 24:8 - 28:6.)

       a. Age

           03-378

           03-741

           03-860

           03-1196

           03-1223

       b. Caregiver

           03-064

           03-076

           03-099

           03-144

           03-185

           03-372

           03-729 [2]

           03-791

           03-818

           03-834

           03-924

           03-1088

           03-1134

           03-1222

           03-1276

//

//

//

//

---

[2] This juror's request for excusal was initially misclassified as a "medical" hardship.

c.  Financial

        03-047 [3]

        03-068

        03-153

        03-241

        03-348 [4]

        03-710

        03-803

        03-823 [5]

        03-837

        03-922

        03-927

        03-938 [6]

        03-979 [7]

        03-1019

        03-1033

        03-1077

        03-1116

        03-1118

---

[3] This juror's request for excusal was initially misclassified as a "medical" or "travel" hardship.

[4] This juror's request for excusal was initially misclassified as a "prior service" hardship.

[5] In their Joint Submission, the parties refer to this juror as "03-820." This juror's request for excusal was initially misclassified as a "travel" hardship.

[6] The parties are advised that this juror provided the Court with a copy of the memorandum referenced in his/her request for excusal.

[7] Subsequent to the submission of this juror's questionnaire to the parties, this juror sufficiently demonstrated to the Court that he/she is only paid by his/her employer for five days.

| | |
|---|---|
| 1 | 03-1123 |
| 2 | 03-1127 |
| 3 | 03-1133 |
| 4 | 03-1273 |
| 5 | 03-1277 |
| 6 | 03-1308 |
| 7 | 03-1332 |
| 8 | 03-1341 |
| 9 | 03-1351 |
| 10 | 03-1364 |
| 11 | 03-1366 [8] |
| 12 | 03-1373 [9] |
| 13 | 03-1411 |
| 14 | 03-1417 [10] |
| 15 | 03-1459 |
| 16 | 03-1492 [11] |
| 17 | d. Medical |
| 18 | 03-049 |
| 19 | 03-126 |
| 20 | 03-127 |
| 21 | 03-138 |
| 22 | 03-205 |
| 23 | 03-207 |

---

[8] This juror's request for excusal was initially misclassified as a "travel" hardship.

[9] This juror's request for excusal was initially misclassified as a "travel" hardship.

[10] This juror's request for excusal was initially misclassified as a "travel" hardship.

[11] This juror's request for excusal was initially misclassified as a "travel" hardship.

| | |
|---|---|
| 1 | 03-350 |
| 2 | 03-403 |
| 3 | 03-409 |
| 4 | 03-712 |
| 5 | 03-720 |
| 6 | 03-763 |
| 7 | 03-827 |
| 8 | 03-839 |
| 9 | 03-901 |
| 10 | 03-952 |
| 11 | 03-1041 |
| 12 | 03-1053 |
| 13 | 03-1109 |
| 14 | 03-1136 |
| 15 | 03-1186 |
| 16 | 13-1188 |
| 17 | 03-1208 |
| 18 | 03-1245 |
| 19 | 03-1281 |
| 20 | 03-1314 |
| 21 | 03-1346 |
| 22 | 03-1470 [12] |
| 23 | 03-1485 |

//

//

---

[12]This juror's request for excusal was initially misclassified as a "financial" hardship. Subsequent to the submission of this juror's questionnaire to the parties, this juror sufficiently demonstrated grounds exist for a medical excusal.

    e. Other
      03-034
      03-120
      03-341
      03-412
      03-699
      03-748
      03-796
      03-800
      03-804
      03-970
      03-1057 [13]
      03-1321
      03-1456
      03-1477
    f. Prior Service
      03-226 [14]
      03-997 [15]
      03-1375 [16]

//

//

---

[13] This juror was excused based on his status of active military service.

[14] Subsequent to the submission of this juror's questionnaire to the parties, this juror provided the Court with sufficient proof of the prior service.

[15] This juror's request for excusal was initially misclassified as an "other" hardship. Subsequent to the submission of this juror's questionnaire to the parties, this juror provided the Court with sufficient proof of the prior service.

[16] Subsequent to the submission of this juror's questionnaire to the parties, this juror provided the Court with sufficient proof of the prior service.

      g. Student/Teacher

          03-236

          03-781

          03-916

          03-1457

          03-1487 [17]

      h. Travel

          03-836

          03-1230

**IT IS SO ORDERED.**

Dated: November 19, 2008

_____
MAXINE M. CHESNEY
United States District Judge

---

[17] This juror's request for excusal was initially misclassified as a "medical" hardship.