IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | **Case No. CR-05-00324-MMC** |
|---|---|---|
| Plaintiff, | ) | ~~[PROPOSED]~~ **ORDER SEALING DEFENSE "OPPOSITION TO TAINT TEAM PENALTY-RELATED DISCOVERY MOTION" AND RELATED PLEADINGS** |
| vs. | ) | |
| RAYMON HILL, et al., | ) | |
| Defendants. | ) | **Dept: Hon. Maxine M. Chesney** |

GOOD CAUSE APPEARING, on application of counsel for defendant Dennis Cyrus, Jr., IT IS HEREBY ORDERED that the defense's "Opposition to Taint Team Penalty-Related Discovery Motion" and related pleadings shall be filed under seal, and maintained under seal until further order of this Court.

Dated: December 8, 2008

_____
THE HONORABLE MAXINE M. CHESNEY
DISTRICT JUDGE

1