1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    No. CR 05-0324 MMC

12              Plaintiff,                        **ORDER EXCUSING JURORS BY
                                                  STIPULATION; EXCUSING ADDITIONAL**
13        v.                                      **JUROR AS DISQUALIFIED**

14
     DENNIS CYRUS, JR.,
15
                Defendant
16   _____/

17

18        Before the Court is the United States' "Motion for Removal of Certain Jurors for

19   Cause Based on Responses to Written Questionnaire," filed December 5, 2008, and

20   defendant Dennis Cyrus, Jr.'s "Defense Motions for Removal of Specific Jurors Based on

21   Questionnaire [ ]", filed December 5, 2008.

22        Both of the above-referenced motions include a list of forty jurors that the parties

23   agree should be dismissed.  At a hearing conducted December 10, 2008 in the above-titled

24   matter, the parties confirmed that those forty jurors should be excused.  Additionally, at the

25   hearing, the parties orally stipulated to dismissal of one additional juror, specifically, Juror

26   No. 210.

27   //

28   //

Accordingly, and good cause appearing therefor, the following forty-one jurors are hereby EXCUSED by stipulation:

| | | | |
|---|---|---|---|
| 001 | 007 | 009 | 011 |
| 016 | 024 | 031 | 032 |
| 045 | 047 | 053 | 067 |
| 068 | 075 | 076 | 078 |
| 080 | 081 | 084 | 087 |
| 088 | 104 | 119 | 131 |
| 132 | 141 | 146 | 147 |
| 155 | 163 | 168 | 178 |
| 194 | 207 | 210 | 227 |
| 256 | 260 | 264 | 267 |
| 273 | | | |

Additionally, subsequent to the hearing conducted December 10, 2008, Juror No. 159 provided the Court with sufficient documentation to establish that he/she has moved out of the District.  Accordingly, good cause appearing, Juror No. 159 is hereby EXCUSED, and the government's motion to excuse such juror on other grounds is hereby DENIED as moot.

To the extent the respective motions for removal seek dismissal of additional jurors, the Court has taken the motions under submission.

**IT IS SO ORDERED.**

Dated:  December 11, 2008

MAXINE M. CHESNEY
United States District Judge

2