IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENNIS CYRUS, JR.,

    Defendant
                                    /

No. CR 05-0324 MMC

**ORDER GRANTING IN PART AND DENYING IN PART DEFERRED PORTIONS OF PARTIES' RESPECTIVE MOTIONS FOR REMOVAL OF CERTAIN JURORS; EXCUSING EIGHT JURORS**

       Before the Court is the deferred portion of the United States' "Motion for Removal of Certain Jurors for Cause Based on Responses to Written Questionnaire," filed December 5, 2008, and the deferred portion of defendant Dennis Cyrus, Jr.'s "Defense Motions for Removal of Specific Jurors Based on Questionnaire [ ]", filed December 5, 2008.[1] In the deferred portion of each of the above-referenced motions, the filing party seeks to remove from the venire certain jurors based on answers provided in Juror Questionnaires, and the other party has not stipulated to such removal.

       Having read and considered the Juror Questionnaire submitted by each juror as to whom one party is seeking removal, the Court rules as follows:

---

[1] By order filed December 11, 2008, the Court granted in part the parties' respective motions to the extent the parties jointly sought dismissal of certain jurors.

1.   The following six jurors are hereby DISMISSED on the ground of hardship:

                Juror No. 008

                Juror No. 043

                Juror No. 098

                Juror No. 181

                Juror No. 186

                Juror No. 224

2.   The following juror is hereby DISMISSED on the grounds of hardship and lack of anonymity:

                Juror No. 240

3.   The following juror is hereby DISMISSED on the ground of insufficient comprehension of the English language:

                Juror No. 066

4.   To the extent either motion seeks the removal of any juror not identified above or in the Court's December 11, 2008 order, the motion is hereby DENIED, without prejudice to any party's seeking such juror's removal following voir dire.

**IT IS SO ORDERED.**

Dated: December 29, 2008

                                            MAXINE M. CHESNEY
                                            United States District Judge