IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAYMOND HILL, et al.,<br><br>    Defendants. | Case No. CR-05-00324-MMC<br><br>[PROPOSED] ORDER SEALING THE UNREDACTED VERSION OF THE DECLARATION OF JAMES THOMSON IN SUPPORT OF MOTION TO RESET COMMENCEMENT OF EVIDENCE TO PERMIT EFFECTIVE ASSISTANCE OF COUNSEL AND EFFICIENT CASE MANAGEMENT |

GOOD CAUSE APPEARING, based on the contents of the motion to seal the Unredacted Version of the Declaration of James Thomson in Support of Motion to Reset Commencement of Evidence to Permit Effective Assistance of Counsel and Efficient Case Management, and based on the contents of the Declaration supporting that motion to seal, IT IS ORDERED that the Unredacted Declaration in Support just referred to shall be maintained in this Court's file under seal until further order of the Court.

IT IS SO ORDERED.

Dated: January 12, 2009

_____
THE HONORABLE MAXINE M. CHESNEY
DISTRICT JUDGE

1