JAMES S. THOMSON, ESQ. - SBN 79658
Law Offices of JAMES S. THOMSON
819 Delaware Street
Berkeley, CA 94710
(510) 525-9123
james@ycbtal.net

JOHN T. PHILIPSBORN, ESQ. - SBN 83944
Law Offices of JOHN T. PHILIPSBORN
507 Polk Street, Suite 350
San Francisco, CA 94102
(415) 771-3801
jphilipsbo@aol.com

Attorneys for Defendant DENNIS CYRUS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAYMON HILL, et al.,<br><br>    Defendants. | Case No. CR-05-00324-MMC<br><br>[PROPOSED] ORDER PERMITTING DEFENDANT TO SHOWER AND MAKE PHONE CALLS AFTER COURT |

GOOD CAUSE APPEARING, it is hereby ORDERED that the jailers at the Alameda County Sheriff's Department, Glen Dyer facility, shall permit Dennis Cyrus Jr., PFN ULD 241, to shower and make up to fifteen minutes of phone calls every day after court, Monday through Friday, during the pendency of Mr. Cyrus' trial.

IT IS SO ORDERED.

Dated: January 14, 2008

_____
THE HONORABLE MAXINE M. CHESNEY
DISTRICT JUDGE