IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMON HILL, et al.,<br><br>Defendants. | Case No. CR-05-00324-MMC<br><br>[PROPOSED] ORDER DENYING APPLICATION OF ATTORNEY J.T. PHILIPSBORN FOR PERMISSION TO ATTEND TO OTHER MATTERS BETWEEN MARCH 30 AND APRIL 10, 2009<br><br>Dept: The Hon. Maxine Chesney |

The Court has considered attorney John T. Philipsborn's application for permission to attend proceedings in the State of Arkansas between March 30 and April 10, 2009 in post-conviction proceedings in the Circuit Court of Craighead County, Arkansas before the Honorable David Burnett, Circuit Judge. Mr. Philipsborn informed this Court that Judge Burnett has emphasized the importance of concluding proceedings in the pending Arkansas matter. The case before this Court is a capital case and current proceedings involve jury selection, with the contemplation that the parties are highly likely to still be in trial in late March and early April, 2009. Consequently, while recognizing the importance of the matters pending before Judge Burnett in Arkansas, the Court hereby DENIES attorney Philipsborn's application, and reserves him the right to apply for reconsideration

//

//

1 | of this order based on changed circumstances in the above-titled action. .
2 |
3 |
4 | Dated: January 29, 2009

_____
JUDGE OF THE U.S. DISTRICT COURT

[Proposed] Order Denying Application of Attorney J.T. Philipsborn for Permission to Attend to Other Matters Between March 30 and April 10, 2009

2