IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAYMON HILL, et al.,<br><br>    Defendants. | Case No. CR-05-00324-MMC<br><br>[PROPOSED] ORDER SEALING DECLARATION OF COUNSEL IN SUPPORT OF DEFENSE MOTION TO DISMISS SUPERSEDING INDICTMENT OR, IN THE ALTERNATIVE, BAR USE OF THE DEATH PENALTY, OR FOR LESSER REMEDIES FOR *BRADY* VIOLATIONS AND FOR UNTIMELY DISCLOSURES<br><br>Date: February 18, 2009<br>Time: 9:00 AM<br>Dept: The Hon. Maxine Chesney, District Judge |

GOOD CAUSE APPEARING, the Court orders that the "Declaration of Counsel in Support of Defense Motion to Dismiss Superseding Indictment or, in the Alternative, Bar Use of the Death Penalty, or for Lesser Remedies for *Brady* Violations and for Untimely Disclosures" be filed under seal until further order of this Court.

Dated: February __10__, 2009

_____
The Hon. MAXINE M. CHESNEY
United States District Judge

[Proposed} Order Sealing Declaration of Counsel in Support of Defense Motion to Dismiss Superceding Indictment or, in the Alternative, Bar Use of the Death Penalty, or for Lesser Remedies for *Brady* Violations and for Untimely Disclosures     1