IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RAYMON HILL, et al.,<br><br>  Defendants. | **Case No. CR-05-00324-MMC**<br><br>**[PROPOSED] ORDER SEALING THE DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR ORDER ENFORCING THE COURT'S DISCOVERY ORDER, AND REQUIRING IMMEDIATE DISCLOSURE OF MATERIALS PERTINENT TO 'SENSITIVE WITNESSES' DESCRIBED IN SUPPORTING SEALED DECLARATION OF COUNSEL**<br><br>**Dept: The Hon. Maxine Chesney, District Judge** |

GOOD CAUSE APPEARING, on application of counsel and as a result of the Court's existing Protective Order, it is hereby ordered that the "Declaration of counsel in support of motion for Order enforcing the Court's Discovery Order, and requiring immediate disclosure of materials pertinent to 'sensitive witnesses' described in supporting sealed Declaration of counsel" be sealed until further order of this Court.

Dated: February 12, 2009

_____
The Hon. MAXINE M. CHESNEY
Judge of the United States District Court

[Proposed] Order sealing declaration of counsel in support of motion for Order enforcing the Court's Discovery Order, and requiring immediate disclosure of materials pertinent to 'sensitive witnesses' described in supporting sealed Declaration of counsel