UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-324 MMC |
| Plaintiff, | ) ) | |
| v. | ) ) | ~~REVISED [PROPOSED]~~ **ORDER ALLOWING GOVERNMENT PSYCHIATRIC EXPERT TO EXAMINE DEFENDANT** |
| DENNIS CYRUS, JR., | ) ) | |
| Defendant. | ) ) | |

Pursuant to its authority under Fed. R. Crim. P. 12.2(c)(1)(D), and in light of the defendant's notice of expert evidence of a mental condition under Fed. R. Crim. P. 12.2(b) as filed on February 18, 2009, this Court hereby ORDERS that a psychiatric expert of the United States' choosing may examine the defendant at a time and place convenient to both parties. The examination shall be videotaped. In light of the defendant's notice, which describes expert testimony relating to the effects of intoxication of the defendant at the time of the charged offenses, the United States' expert shall be allowed to discuss all relevant matters ^and perform relevant testing at the aforementioned examination, including the events giving rise to the charged offenses.

Within ~~48~~ 72 hours of receiving the aforementioned videotaped interview of the defendant, the defense shall be allowed to file ex parte and under seal a motion challenging any portion of the interview on grounds that it should not be disclosed to the

REVISED [PROPOSED] ORDER RE: EXAMINATION OF DEFENDANT, CR 05-324 MMC

| | |
|---|---|
| 1 | United States.  A hearing on such motion, if the Court deems a hearing necessary, shall be |
| 2 | held as soon as practicable. |
| 3 |     Upon ruling on any such motion, or upon the expiry of ~~48~~ 72 hours from the delivery |
| 4 | of the videotape to the defense in the absence of any such motion, the psychiatric expert |
| 5 | of the United States' choosing who conducted the interview of the defendant shall |
| 6 | produce all, or as many, materials relating to the psychiatric examination as is consistent |
| 7 | with any subsequent orders of the Court. |

DATED:   March 5, 2009

_____
HON. MAXINE M. CHESNEY
United States District Judge