IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DENNIS CYRUS, JR.,

    Defendant.
_____/

No. CR 05-0324 MMC

**ORDER RE: CONTEMPT**

Devaughn Hartzfield, having been called as a witness at the trial of the case of <u>United States v. Dennis Cyrus, Jr.</u>, CR 05-0324, and having been granted immunity pursuant to 18 U.S.C. §§ 6002 - 6003, and thereafter having been ordered by the Court to answer questions put to him regarding events occurring on July 28, 2002 and other dates, and thereafter having willfully refused to answer such questions, the Court finds said witness in contempt of this Court and hereby orders that he be remanded to the custody of the United States Marshal until the completion of the trial of said criminal case or until he testifies therein, whichever is earlier.

    **IT IS SO ORDERED.**

Dated: March 19, 2009

_____
MAXINE M. CHESNEY
United States District Judge