UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-0324 (MMC) |
| Plaintiff, | ) | |
| v. | ) | |
| DENNIS CYRUS, JR., | ) | ORDER |
| Defendant. | ) | |

On motion of JOSEPH P. RUSSONIELLO, United States Attorney for the Northern District of California, the Court hereby finds and orders as follows:

1. Devaughn Hartzfield may be called to testify during trial; and

2. In the judgment of the United States Attorney, Devaughn Hartzfield is likely to refuse to testify on the basis of his Fifth Amendment privilege against self-incrimination; and

3. In the judgment of the United States Attorney the testimony and other information to be obtained from Devaughn Hartzfield is necessary to the public interest; and

4. The motion filed here has been made with approval of the designate of the Assistant Attorney General in charge of the Criminal Division of the Department of Justice, pursuant to the authority vested in him by 18 U.S.C. § 6003 and 28 C.F.R. 0.175;

[] []

1     IT IS THEREFORE ORDERED that Devaughn Hartzfield, as soon as he may be called,
2 shall testify under oath and provide other information including documents in this case and in
3 any further ancillary proceedings;
4     IT IS FURTHER ORDERED that the testimony and other information compelled from
5 Devaughn Hartzfield pursuant to this order, including personal or business records, the fact of his
6 production of any records, and any information directly or indirectly derived from such testimony
7 may not be used against him in any criminal case, except a prosecution for perjury, false
8 declaration, or otherwise failing to comply with this order.

DATED: 3/19/09

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

ORDER RE: TESTIMONY