1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   ROBERT DAVID REES (CSBN 229441)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue
      San Francisco, CA 94103
7     Telephone: (415) 436-6959/7210
      Fax: (415) 436-7234
8     E-mail: william.frentzen@usdoj.gov
              robert.rees@usdoj.gov
9
   Attorneys for United States of America
10

11                 UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14 | UNITED STATES OF AMERICA,            ) Case No: CR 05 0324 MMC
                                          )
15 |         Plaintiff,                   )
                                          ) **UNITED STATES' APPLICATION**
16 |    v.                                ) **FOR AND [PROPOSED] ORDER**
                                          ) **RELEASING RESULTS OF**
17 | DENNIS CYRUS, JR.,                   ) **DEFENDANT'S JUVENILE**
                                          ) **PROBATION DRUG TESTING**
18 |         Defendant.                   ) **UNDER 42 CFR §§ 2.1 & 2.2**
                                          )
19 | _____      )

20      The defendant has indicated that he intends to present a defense of voluntary

21 intoxication to the charges filed against him in the above-captioned case.  The United

22 States has learned that Cyrus was drug tested on a number of occasions as part of the

23 terms of his juvenile probation upon his release from Log Cabin Ranch in late 2001 up

24 through his arrest in Kansas City on September 12, 2002.

25      42 C.F.R. §§ 2.1(b)(2)(C) and 2.2(b)(2)(C) allow a Court to order the release of

26 patient records related to drug and alcohol abuse respectively upon a showing of good

27 cause.  The United States submits that the aforementioned records are relevant to any

28 rebuttal the United States may present to Cyrus's claim of voluntary intoxication as they

United States' Application and Proposed Order Re:  Juvenile Probation Drug Testing
CR 05 0324 MMC

provide an ongoing record of the types of drugs and alcohol, if any, the defendant may have ingested at a given date during the time he is alleged to have committed the instant offenses. Accordingly, the Court should order the release of these materials under the aforementioned provisions.

The United States is aware that 42 C.F.R. §§ 2.1(c) and 2.2(c) both prevent the use of such records to, among other things, "substantiate any criminal charges against a patient." However, the regulation indicates that a Court order under §§ 2.1(b)(2)(C) and 2.2(b)(2)(C) overcomes such prohibition, and given that the defense has put the issue of Cyrus's potential substance abuse at issue, and given that the government intends only to present this material in its rebuttal case or at any penalty phase hearing where the issue of voluntary intoxication is put in issue by the defense, the United States submits that such disclosure is appropriate.

DATED: ~~February 26~~ April 21, 2009   Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s_____
WILLIAM FRENTZEN
ROBERT DAVID REES
Assistant United States Attorneys


## ~~[PROPOSED]~~ ORDER

Pursuant to its authority under 42 C.F.R. §§ 2.1(b)(2)(C) and 2.2(b)(2)(C), which provide that a Court may order the release of patient records related to drug and alcohol prognoses, and in light of the defendant's stated intention to rely on a defense of voluntary intoxication during the time period he is charged with committing federal crimes in this case, this Court hereby ORDERS the release of the results of the defendant's drug testing conducted while on juvenile probation upon his release from Log Cabin Ranch in late 2001 until his last out-of-custody test prior to his arrest on September

1 | 12, 2002 to the Assistant United States Attorneys prosecuting the above-captioned case
2 | and any other employee of the United States Department of Justice who has been assigned
3 | to work on the above-captioned case.

DATED:   April 21, 2009

_____
HON. MAXINE M. CHESNEY
United States District Judge

United States' Application and Proposed Order Re:  Juvenile Probation Drug Testing
CR 05 0324 MMC                                3

12, 2002 to the Assistant United States Attorneys prosecuting the above-captioned case and any other employee of the United States Department of Justice who has been assigned to work on the above-captioned case.

DATED:   April 21, 2009

_____
HON. MAXINE M. CHESNEY
United States District Judge