IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0324 MMC |
| Plaintiff, | |
| v. | **ORDER OF RELEASE** |
| DENNIS CYRUS, JR., | |
| Defendant. | |

The witness Larry Hudgson, having appeared this day and given testimony in the above-titled matter, said witness is hereby EXCUSED and the warrant issued for said witness' arrest is hereby DISCHARGED.

IT IS SO ORDERED.

Dated: April 28, 2009

_Maxine M. Chesney_
MAXINE M. CHESNEY
United States District Judge