IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0324 MMC |
| Plaintiff, | **ORDER DIRECTING CLERK TO REMOVE DOCUMENTS FROM DOCKET** |
| v. | |
| DENNIS CYRUS, JR., | |
| Defendant / | |

On May 5, 2009, counsel for the government filed, as Document Nos. 1392 and 1393, a set of instructions.

For the reasons stated on the record on May 6, 2009, the Clerk is hereby DIRECTED to remove Document Nos. 1392 and 1393 from the docket of the above-titled action.

**IT IS SO ORDERED.**

Dated: May 8, 2009

MAXINE M. CHESNEY
United States District Judge