| | |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| | SAN FRANCISCO DIVISION |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAYMON HILL, et al.,<br><br>    Defendants. | Case No. CR-05-00324-MMC<br><br>[~~PROPOSED~~] **ORDER PERMITTING VIDEOGRAPHER TO BRING VIDEO EQUIPMENT TO JUDGE CHESNEY'S COURTROOM FOR TRIAL DEPOSITION ON MAY 21, 2009**<br><br>**Dept: The Hon. Maxine Chesney** |

GOOD CAUSE APPEARING, this Court having previously granted a defense motion for the video deposition of Patricia Harris, IT IS NOW ORDERED that videographers Matthew Goff and Mick Kasimatis, or either one of them, shall be permitted to bring video recording equipment, including video cameras, sound boards, microphones, and other equipment necessary to the taking of a video deposition, or to the recording of videotaped testimony, into the Federal Building, and to the 19th floor for the video deposition of Patricia Harris which is now set for Thursday, May 21, to begin at 9:30 a.m. The Court understands that the videographers may require up to an hour of time to set up their equipment, and the issuance of this Order is intended to facilitate the entry of Mr. Goff and/or Mr. Kasimatis so as to give the videographers approximately one hour of time

//

//

1 | to set up their equipment so that the deposition can begin at 9:30 a.m. as scheduled.
2 |      IT IS FURTHER ORDERED that counsel for defendant contact the Deputy Clerk to arrange for courtroom access.
3 |
4 | Dated: May 19, 2009

_____
THE HONORABLE MAXINE M. CHESNEY
DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA