IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br> RAYMON HILL, et al., <br>     Defendants. | Case No. CR-05-00324-MMC <br><br> [~~PROPOSED~~] **ORDER** <br><br> **DEATH PENALTY CASE** <br><br> **Dept:** Hon. **Maxine Chesney**, <br>         District Judge |

GOOD CAUSE APPEARING, it is hereby ORDERED that the jailers at the Alameda County Sheriff's Department, Glen Dyer facility, shall permit Dennis Cyrus Jr., PFN ULD 241, to use a trimmer to shave every day after court, Monday through Friday, during the pendency of Mr. Cyrus' trial.

SO ORDERED.

Dated: May 27, 2009

THE HONORABLE MAXINE M. CHESNEY
DISTRICT JUDGE

[Proposed] Order