1  JAMES S. THOMSON, ESQ. - SBN 79658
   Law Offices of JAMES S. THOMSON
2  819 Delaware Street
   Berkeley, CA 94710
3  (510) 525-9123
   james@ycbtal.net
4
   JOHN T. PHILIPSBORN, ESQ. - SBN 83944
5  Law Offices of JOHN T. PHILIPSBORN
   507 Polk Street, Suite 350
6  San Francisco, CA 94102
   (415) 771-3801
7  jphilipsbo@aol.com

8  Attorneys for Defendant DENNIS CYRUS, JR.

9
10                 IN THE UNITED STATES DISTRICT COURT
11              FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION
13

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-05-00324-MMC |
| Plaintiff, | **MOTION TO SEAL UNREDACTED VERSION OF PENALTY TRIAL MOTION 8: MOTION PROHIBITING THE GOVERNMENT FROM SEEKING THE DEATH PENALTY AGAINST MR. CYRUS AS PRIOR DOJ ADMINISTRATION IMPROPERLY DECIDED TO PROSECUTE THIS CASE AS A CAPITAL CASE** |
| vs. | |
| RAYMON HILL, et al., | |
| Defendants. | AND OTHER THEREON |
| | **Dept: Hon. Maxine M. Chesney** |

TO: THIS HONORABLE COURT; AND TO UNITED STATES ATTORNEY'S

Dennis Cyrus, Jr., defendant in this action, moves this Court for an order sealing the Unredacted Version of Penalty Trial Motion 8: Motion Prohibiting The Government from Seeking the Death Penalty Against Mr. Cyrus as Prior DOJ Administration Improperly Decided to Prosecute this Case as a Capital Case. The grounds for the motion are as follows:

1. The content of the unredacted motion (names of attorneys) need not be made a matter of public court record, and the declaration of counsel supporting this motion provides ample factual basis for this Court to seal unredacted declaration.

2. This motion is based on this statement of the motion, and the supporting declaration of counsel.

DATED: May 25, 2009            Respectfully submitted,

JAMES S. THOMSON
JOHN T. PHILIPSBORN


By /s/ James S. Thomson
   Attorneys for Defendant
   DENNIS CYRUS, JR.

_____

DATED: May 27, 2009

IT IS SO ORDERED
[signature]
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA