IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAYMON HILL, et al.,<br><br>    Defendants. | Case No. CR-05-00324-MMC<br><br>[~~PROPOSED~~] ORDER REGARDING ACCESS TO TELEPHONE<br><br>**DEATH PENALTY CASE**<br><br>**Dept: Hon. Maxine Chesney,**<br>    **District Judge** |

      GOOD CAUSE APPEARING, it is hereby ordered that Dennis Cyrus Jr. (PFN ULD 241) be permitted to make telephone calls between 9 a.m. and 6 p.m. to his attorneys James Thomson 510-525-9123 and John Philipsborn 415-771-3534 and to his investigator Keith McArthur 510-444-2556 while incarcerated at Santa Rita Jail.

      SO ORDERED.

Dated: July 16, 2009

*/s/ Maxine M. Chesney*
THE HONORABLE MAXINE M. CHESNEY
DISTRICT JUDGE

Proposed Order