IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>  v.<br><br>DENNIS CYRUS, JR.,<br><br>      Defendant | No. CR 05-0324 MMC<br><br>**ORDER DENYING MOTION FOR HEARING; DIRECTIONS RE: FILING OF CONFIDENTIAL DOCUMENTS** |

     Before the Court is the Motion for Ex Parte Hearing on Post Conviction Budget and Determination of Attorney's Fees, filed jointly by defendant's attorneys James S. Thomson and John T. Phillipsborn, as well as a Declaration filed in support thereof by Mr. Thomson. Also before the Court is a Declaration filed by Mr. Thomson in response to a Court order made in connection with his requests for compensation under the Criminal Justice Act ("CJA"). Redacted versions of said declarations have been filed by counsel in the public record and unredacted versions have been submitted to the Court for filing under seal.

     The Court deems each of the above-referenced filings appropriate for consideration and determination in accordance with the procedures applicable to CJA matters.

     Accordingly, the motion for a hearing is hereby DENIED and the unredacted versions of the above-referenced declarations will be filed under seal in the confidential CJA files maintained in the Clerk's Office.

**IT IS SO ORDERED.**

Dated: July 28, 2009

                                             MAXINE M. CHESNEY
                                             United States District Judge