**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br>DENNIS CYRUS, JR.,<br><br>        Defendant                    / | No. CR 05-0324 MMC<br><br>**ORDER VACATING SEPTEMBER 16, 2009 MOTION HEARING DATE; DIRECTIONS TO PARTIES** |

      Before the Court is defendant Dennis Cyrus, Jr.'s "Request to Vacate September 16, 2009 Motion Hearings; Status Report," filed September 14, 2009, in which defendant states the parties will in the near future enter into a stipulation with respect to a new motion hearing date and a new sentencing date.

      Accordingly:

      1.  The September 16, 2009 motion hearing date is hereby VACATED; and

      2.  The parties are DIRECTED to file, no later than September 25, 2009, the above-referenced stipulation.

      **IT IS SO ORDERED.**

Dated:  September 15, 2009

                                                    MAXINE M. CHESNEY<br>
                                                    United States District Judge