IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | **Case No. CR-05-00324-MMC** |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **ORDER RESETTING DATES IN VIEW OF STIPULATION** |
| vs. | |
| RAYMON HILL, et al., | **Dept: The Hon. Maxine Chesney** |
| Defendants. | |

BASED ON THE STIPULATION of the parties, and in view of the pendency of motions and other matters, IT IS ORDERED that post-conviction motions shall be heard on October 7, 2009 on the Court's regular criminal calendar, and that the sentencing of Dennis Cyrus, Jr. shall occur on the Court's criminal calendar on December 2, 2009.

SO ORDERED.

Dated: September 25, 2009

THE HONORABLE MAXINE M. CHESNEY
JUDGE OF THE U.S. DISTRICT COURT

1