JAMES S. THOMSON, ESQ. - SBN 79658
Law Offices of JAMES S. THOMSON
819 Delaware Street
Berkeley, CA 94710
(510) 525-9123
james@ycbtal.net

JOHN T. PHILIPSBORN, ESQ. - SBN 83944
Law Offices of JOHN T. PHILIPSBORN
507 Polk Street, Suite 350
San Francisco, CA 94102
(415) 771-3801
jphilipsbo@aol.com

Attorneys for Defendant DENNIS CYRUS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RAYMON HILL, et al.,<br><br>  Defendants. | **Case No. CR-05-00324-MMC**<br><br>**APPLICATION AND ORDER FOR RELEASE OF SEALED PROCEEDINGS TO DEFENDANT DENNIS CYRUS JR.'S COUNSEL**<br><br>**Dept: Hon. Maxine M. Chesney** |

  Defendant, Dennis Cyrus Jr. hereby requests that this Court order the Court Reporter to release to his attorneys, John Philipsborn and James Thomson, the sealed transcript of the September 2, 2008 hearing held in the above-captioned case.

  In order for counsel for Mr. Cyrus to submit a transcript request to the Clerk of the Court, the Court must order the release of the transcripts.

  Mr. Cyrus is entitled to a full record of all proceedings in this case in order to perfect his appeal. Further, counsel for Mr. Cyrus was present at the hearing, and thus

1  was privy to all confidential matters discussed therein.

2  Accordingly, counsel request that this Court direct the Court Reporter to prepare

3  and release to John Philipsborn and James Thomson the transcript of the complete sealed

4  proceedings, held on September 2, 2008 in the above-captioned case.

6  Dated: December 29, 2009                    Respectfully submitted,

7                                              /s/ James Thomson

8                                              JAMES S THOMSON

9  IT IS SO ORDERED.  The above-referenced transcript, however, shall remain under seal and
                      shall not be released to any other person absent further court order.
10  ~~DATED~~ :_____

12  _____
    MAXINE M CHESNEY
    United States District Judge

15  Dated: December 30, 2009