IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 05-0324 MMC |
|---|---|
| Plaintiff, v. DENNIS CYRUS, JR., Defendant / | **ORDER DIRECTING GOVERNMENT TO FILE RESPONSE TO MOTION TO CONTINUE SENTENCING DATE** |

    Before the Court is defendant Dennis Cyrus, Jr.'s "Motion to Continue Sentencing Date to Permit Effective Preparation of Case Merits and Sentencing Issues," filed March 31, 2010.

    The government is hereby DIRECTED to file a response to the motion no later than April 6, 2010.

    **IT IS SO ORDERED.**

Dated: April 1, 2010

MAXINE M. CHESNEY
United States District Judge