IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>DENNIS CYRUS, JR.,<br><br>Defendant | No. CR 05-0324 MMC<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING DATE** |

Before the Court is defendant Dennis Cyrus, Jr.'s "Motion to Continue Sentencing Date to Permit Effective Preparation of Case Merits and Sentencing Issues," filed March 31, 2010, by which motion defendant requests the currently scheduled April 13, 2010 sentencing hearing be continued for a period of "at least 60 days." (See Philipsborn Decl., filed March 31, 2010, ¶ 19.) The government has filed a response thereto, in which it states it does not oppose a continuance, and proposes a continuance of "approximately 60 days." (See United States' Response, filed April 6, 2010, at 2:28 - 3:1.)

In light of the parties' agreement that a continuance of 60 days is warranted, the sentencing hearing is hereby CONTINUED from April 13, 2010 to June 15, 2010, at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: April 7, 2010

_____
MAXINE M. CHESNEY
United States District Judge