```
 1  JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  WILLIAM FRENTZEN (LABN 24421)
    ROBERT DAVID REES (CSBN 229441)
 5  Assistant United States Attorneys

 6     450 Golden Gate Avenue
       San Francisco, CA 94103
 7     Telephone: (415) 436-6959/7210
       Fax: (415) 436-7234
 8     E-mail:    William.Frentzen@usdoj.gov
                  Robert.Rees@usdoj.gov
 9
    Attorneys for United States of America
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05 00324 MMC |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER VACATING AND RESETTING DATES** |
| DENNIS CYRUS, JR., | |
| Defendant. | Hearing: June 2, 2010<br>Time: 2:30 pm<br>Court: Honorable Maxine M. Chesney |

Currently, the parties are scheduled to appear before this Court on June 2, 2010 at 2:30PM for a hearing on post-conviction discovery related matters, and sentencing is set for June 15, 2010 at 2:30PM. The parties are in talks to resolve most, if not all, of the discovery-related matters at this time, which may moot or substantially reduce the discovery-related issues to be presented to the Court. Additionally, the Presentence Report in this case has not yet been completed by U.S. Probation. Accordingly, the parties hereby respectfully stipulate and propose that the June 2, 2010 hearing date be vacated, and that the June 15, 2010 date be redesignated from a sentencing hearing to a hearing on the status of discovery related matters, at which time a new date for a

Stipulation and Order re: Hearing Dates, CR 05 0324 MMC

sentencing hearing can be set.

	IT IS SO STIPULATED:

Date: June 1, 2010				JOSEPH P. RUSSONIELLO
						United States Attorney

					By:	_____/s/_____
						WILLIAM FRENTZEN
						ROBERT DAVID REES
						Assistant United States Attorneys


Date: June 1, 2010				_____/s/_____
						JAMES S. THOMSON, ESQ.
						JOHN T. PHILLIPSBORN, ESQ.
						Attorney for Defendant Donald Armour

	IT IS SO ORDERED.


DATED: __June 2, 2010_____			_____
						HON. MAXINE M. CHESNEY
						United States District Judge

Stipulation and Order re: Hearing Dates, CR 050324 MMC