UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL POST TRIAL MINUTES

Date: August 11, 2010     (42 min)

Case No. CR-05-0324-02 MMC               JUDGE:     **Maxine M. Chesney**

DENNIS CYRUS, JR.                        Present (X) Not Present ( ) In Custody (X)
    DEFENDANT

William Frentzen & Robert Rees           John Philipsborn & James Thomson
    U.S. ATTORNEY(S)                      ATTORNEY(s) FOR DEFENDANT(s)

Deputy Clerk: Tracy Lucero               Reporter: Katherine Powell

## PROCEEDINGS

REASON FOR HEARING   Defendant's Motion for Post-Conviction Discovery Order Bearing on Validity of Convictions - continued to 9/7/10 at 10:00 a.m.
Court set the following briefing schedule:
Government's Opposition due: 8/17/10;
Defendant's Reply due: 8/27/10.
Presentence Report (draft) due: 8/24/2010.

Case continued to  9/7/2010 @ 10:00 a.m.   for Hearing on Defendant's Motion for Post-Conviction Discovery Order Bearing on Validity of Convictions /Scheduled Sentencing Date

////////////////////////////////////////////////////////////////////////////////////
EXCLUDABLE DELAY (Category) _____ | Begins _____ Ends _____
////////////////////////////////////////////////////////////////////////////////////