BRIAN J. STRETCH (CSBN 163973)
Acting United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
ROBERT DAVID REES (CSBN 229441)
Assistant United States Attorneys

   450 Golden Gate Avenue
   San Francisco, CA 94103
   Telephone: (415) 436-6959/7210
   Fax: (415) 436-7234
   E-mail: William.Frentzen@usdoj.gov
             Robert.Rees@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>    Plaintiff, </br></br>    v. </br></br> DENNIS CYRUS, JR., </br></br>    Defendant. | No. CR 05 00324 MMC </br></br> **STIPULATION AND [PROPOSED] ORDER EXTENDING FILING DEADLINES** </br></br> Hearing: November 19, 2010 </br> Time: 1:30 pm </br> Court: Honorable Maxine M. Chesney |

On October 8, 2010, the defendant filed two motions, one for a new trial and the other for imposition of a lawful sentence. Currently, the United States' responses are due October 22, 2010. Due to various work commitments, the United States needs some brief additional time to respond to these motions. Accordingly, the parties stipulate and agree that the United States' responses shall be due on October 27, 2010, an extension of three business days. No other dates previously set by this Court are sought to be changed

//

//

//

Stipulation and Order re: U.S. Response Dates, CR 05 0324 MMC

by this filing.

	IT IS SO STIPULATED:

Date: October 22, 2010			JOSEPH P. RUSSONIELLO
					United States Attorney

				By:	_____/s_____
					WILLIAM FRENTZEN
					ROBERT DAVID REES
					Assistant United States Attorneys


Date: October 22, 2010			_____/s_____
					JAMES S. THOMSON, ESQ.
					JOHN T. PHILLIPSBORN, ESQ.
					Attorney for Defendant Donald Armour

	IT IS SO ORDERED.


DATED:  October 22, 2010	        	_____
					HON. MAXINE M. CHESNEY
					United States District Judge

Stipulation and Order re: U.S. Response Dates, CR 05 0324 MMC