IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-05-00324-MMC |
| Plaintiff, | **ORDER SEALING EXHIBITS IN SUPPORT OF REPLY TO OPPOSITION TO CYRUS MOTION FOR NEW TRIAL** |
| vs. | |
| RAYMON HILL, et al., | **Dept: Hon. Maxine M. Chesney, District Judge** |
| Defendants. | |

GOOD CAUSE APPEARING, in view of the existence of a Protective Order covering post conviction discovery material, and based on the content of the motion by the Cyrus defense, IT IS ORDERED that exhibits in support of the defense motion for new ^ submitted by defendant on November 4, 2010 trial scheduled to be heard on November 19, 2010 shall be filed under seal until further Order of this Court.

Dated: _November 5, 2010_____

*[signature: Maxine M. Chesney]*

THE HONORABLE MAXINE M. CHESNEY
DISTRICT JUDGE

1