MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24221)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6959
Facsimile: (415) 436-7234
Email: william.frentzen@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DENNIS CYRUS JR.,<br><br>　　　　Defendant. | No.: 05-CR-00324 MMC<br><br>**ORDER GRANTING**<br>MOTION TO WITHDRAW MOTION TO UNSEAL AND PROPOSED UNSEALING ORDER |

The government respectfully moves to withdraw its Motion To Unseal and its (Proposed) Unsealing Order filed on February 7, 2011 (Court Document # 1670) which was filed in error.

DATED: February 18, 2011　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　MELINDA HAAG
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　WILLIAM FRENTZEN
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

*IT IS SO ORDERED*
[Signature]
Judge Maxine M. Chesney

Dated: Feb. 22, 2010

05-CR-00324 MMC
MOTION TO UNSEAL and (PROPOSED) UNSEALING ORDER