IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0324 MMC |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO UNSEAL, CONSTRUED AS MOTION FOR RELEASE OF SEALED TRANSCRIPT** |
| v. | |
| DENNIS CYRUS, JR., | |
| Defendant. | |

Before the Court is defendant Dennis Cyrus, Jr.'s "Motion to Unseal," filed February 8, 2011, by which motion defendant seeks an order allowing his appellate counsel, Amitai Schwartz, to have access to the sealed transcript of proceedings conducted December 11, 2007.[1] No opposition has been filed.

Having read and considered the motion, which the Court construes as a motion to release the sealed transcript to defendant's appellate counsel, and good cause appearing, the motion is hereby GRANTED. Specifically, the sealed transcript of the December 11, 2007 proceedings is hereby ordered RELEASED to Amitai Schwartz to be used for the sole purpose of defendant's appeal in the above-titled action.

**IT IS SO ORDERED.**

Dated: February 25, 2010

MAXINE M. CHESNEY
United States District Judge

---

[1] Defendant has filed two additional motions by which he seeks access to other sealed transcripts. The Court will rule on those motions after the transcripts have been prepared.