Amitai Schwartz (State Bar No. 55187)
Moira Duvernay (State Bar No. 233279)
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
Telephone: (510) 597-1775
Facsimile: (510) 597-0957
attorneys@schwartzlaw.com

Attorneys for Defendant
  Dennis Cyrus, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DENNIS CYRUS, JR.<br><br>    Defendants. | No. CR-05-00324 MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO RELEASE SEALED TRANSCRIPT OF OCTOBER 16, 2008 |

Before the Court is defendant Dennis Cyrus, Jr.'s Motion to Release Sealed Transcript of Proceedings, by which motion defendant seeks an order allowing his appellate counsel, Amitai Schwartz, to have access to the sealed transcript of proceedings conducted October 16, 2008. No opposition has been filed.

Having read and considered the motion, and good cause appearing, the motion is hereby GRANTED. Specifically, the sealed transcript of the October 16, 2008 proceedings is hereby ordered RELEASED to Amitai Schwartz to be used for the sole purpose of defendant's appeal in the above-titled action.

IT IS SO ORDERED.

Dated: February 28, 2011

_____
Maxine M. Chesney
United States District Judge