IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>DENNIS CYRUS, JR.,<br><br>    Defendant.<br>_____ / | No. CR 05-0324 MMC<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO UNSEAL, CONSTRUED AS MOTION FOR RELEASE OF SEALED TRANSCRIPTS** |

Before the Court is defendant Dennis Cyrus, Jr.'s "Motion to Unseal," filed February 15, 2011, by which motion defendant seeks an order allowing his appellate counsel, Amitai Schwartz, to have access to the sealed transcripts of proceedings conducted January 9, 2009. No opposition has been filed.

Having read and considered the motion, which the Court construes as a motion to release the sealed transcripts to defendant's appellate counsel, and good cause appearing, the motion is hereby GRANTED. Specifically, the sealed transcripts of the January 9, 2009 proceedings[1] are hereby ordered RELEASED to Amitai Schwartz to be used for the sole purpose of defendant's appeal in the above-titled action.

**IT IS SO ORDERED.**

Dated: March 21, 2011

MAXINE M. CHESNEY
United States District Judge

---

[1] Two separate in camera proceedings were conducted on January 9, 2009.