IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DENNIS CYRUS, JR.,<br><br>    Defendant.<br>_____/ | No. CR 05-0324 MMC<br><br>**ORDER GRANTING IN PART AND DEFERRING RULING IN PART ON DEFENDANT'S MOTION TO RELEASE SEALED TRANSCRIPTS** |

     Before the Court is defendant Dennis Cyrus, Jr.'s "Motion to Release Further Sealed Transcripts," filed March 15, 2011, by which motion defendant seeks an order allowing his appellate counsel, Amitai Schwartz, to have access to the sealed transcripts of proceedings conducted on eleven different dates. No opposition has been filed.

     Having read and considered the motion, and good cause appearing, the motion is hereby GRANTED as to the sealed transcripts of proceedings conducted on September 2, 2008, January 15, 2009, January 28, 2009, February 3, 2009, March 9, 2009, March 12, 2009, April 7, 2009, May 7, 2009, May 11, 2009, and June 4, 2009. Such transcripts are hereby ordered RELEASED to Amitai Schwartz to be used for the sole purpose of defendant's appeal in the above-titled action.

//

//

To the extent the motion pertains to the sealed transcript of proceedings conducted on May 15, 2008, the Court hereby DEFERS ruling thereon, the transcript having recently been ordered and not yet prepared.

**IT IS SO ORDERED.**

Dated: March 22, 2011

MAXINE M. CHESNEY
United States District Judge