IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0324 MMC |
| Plaintiff, | **ORDER GRANTING DEFERRED PORTION OF DEFENDANT'S MOTION TO RELEASE SEALED TRANSCRIPTS** |
| v. | |
| DENNIS CYRUS, JR., | |
| Defendant. / | |

Before the Court is the deferred portion of defendant Dennis Cyrus, Jr.'s "Motion to Release Further Sealed Transcripts," filed March 15, 2011, specifically, defendant's request that his appellate counsel, Amitai Schwartz, have access to the sealed transcript of proceedings conducted on May 15, 2008.

Having read and considered the motion, and good cause appearing, the deferred portion of the motion is hereby GRANTED, and the sealed transcript of proceedings conducted on May 15, 2008 is hereby ordered RELEASED to Amitai Schwartz to be used for the sole purpose of defendant's appeal in the above-titled action.

**IT IS SO ORDERED.**

Dated: March 23, 2011

MAXINE M. CHESNEY
United States District Judge