IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 05-cr-00324-MMC-2 |
|---|---|
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION** |
| v. | |
| DENNIS CYRUS, JR., | |
| Defendant. | |

By order filed April 11, 2019, the Court denied without prejudice defendant's "Second-In-Time Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255." The Court is now in receipt of defendant's "Motion for Reconsideration," filed April 23, 2019, by which defendant seeks reconsideration of said order

Having fully considered the matter, the Court hereby DENIES the motion for reconsideration, as defendant fails to identify any cognizable basis for reconsideration and does no more than repeat arguments previously made in his Second-In-Time Motion.

Lastly, if defendant elects to appeal the instant order, the Court, to the extent a certificate of appealability may be required, hereby DENIES such certificate, as defendant has not made any showing, let alone a "substantial showing," that he has been denied a "constitutional right." See 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated: April 24, 2019

MAXINE M. CHESNEY
United States District Judge